# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| WHITNEY WASHINGTON and KEVIN WOMACK, on behalf of themselves and all other prisoners under the jurisdiction of the TDOC, | )<br>)<br>)<br>) No. 2:20-cv-02334-JTF-dkv |
| Plaintiffs, | ) |
| v. | ) |
| STANLEY DICKERSON, ET AL., | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Order Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on November 9, 2020.

**IT IS SO ORDERED**, this 10th day of November 2020.

APPROVED:

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD  
CLERK

November 10, 2020  
DATE

s/Kristen Polovoy  
(BY) LAW CLERK